JOHN M. FEDER, ESQ., STATE BAR NO. 83391
ROUDA, FEDER, TIETJEN & MCGUINN
44 Montgomery Street, Suite 4000
San Francisco, Ca 94104
(415) 398-5398

AMY ESKIN, ESQ., State Bar No. 127668
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6316
(415) 441-5544

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GWEN THOELE,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH & NEPHEW CORPORATION, et al.<br><br>Defendants. | CASE NUMBER CV 11-01807 JCS<br><br>**STIPULATION AND ORDER TO REMAND ACTION TO SAN FRANCISCO SUPERIOR COURT** |

IT IS HEREBY STIPULATED, by and between the parties hereto, by and through their counsel of record, that the within action be remanded to the Superior Court of San Francisco County, State of California.

IT IS SO STIPULATED.

DATED: June 21, 2011.

HERSH & HERSH
A Professional Corporation

By_______________________
AMY ESKIN
Attorneys for Plaintiff

HERSHANDHERSH
A Professional Corporation

DATED: June 20, 2011..

MORRIS POLICH & PURDY LLP

By ______________________
JOHN W. SHAW
Attorneys for Defendants SMITH & NEPHEW CORPORATION, MATT BOUZA

**ORDER**

IT IS ORDERED, ADJUDGED AND DECREED, that this action be remanded to the Superior Court of San Francisco County, State of California, and the Court being fully advised, all prior proceedings being saved.

DATED: June 21, 2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Joseph C. Spero

JOSEPH C. S
United States

HERSHANDHERSH
A Professional Corporation

- 2 -
STIPULATION AND ORDER TO REMAND ACTION TO SAN FRANCISCO SUPERIOR COURT